IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LIGHTHOUSE IP B.V.,

    *Plaintiff*,

v.

AON SERVICE CORPORATION,

    *Defendant*.

Case No.

## COMPLAINT

Plaintiff Lighthouse IP B.V. ("Lighthouse") files this Complaint against Defendant Aon Service Corporation ("Aon"), and alleges as follows:

## NATURE OF THE ACTION

1. Lighthouse brings this action because Aon breached a written License Agreement. Aon failed to pay contractually agreed sums for access to Lighthouse's data.

## THE PARTIES, JURISDICTION, & VENUE

2. Lighthouse is in the business of collecting, creating, and providing various data regarding intellectual property.

3. Lighthouse is a Dutch B.V. (*besloten vennootschap met beperkte aansprakelijkheid*), a company established under the laws of The Netherlands, having its principal place of business in The Netherlands. As a Dutch B.V., Lighthouse is considered a corporation for diversity purposes. *BouMatic, LLC v. Idento Operations, BV*, 759 F.3d 790, 791 (7th Cir. 2014). For diversity purposes, Lighthouse is a citizen and resident of The Netherlands.

4. Aon is an Illinois corporation having its principal place of business in Chicago, Illinois. For diversity purposes, Aon is a citizen and resident of Illinois.

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because: (a) this action is between a citizen of a State and a citizen or subject of a foreign state; (b) there is complete diversity of citizenship between the parties; and (c) the amount in controversy exceeds $75,000.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the Defendant, Aon, resides in this district.

7. The Court has personal jurisdiction over Defendant Aon because it resides in, and is a citizen of, Illinois.

## COUNT I – Breach of Contract

8. Lighthouse restates each of the foregoing paragraphs as if fully alleged in this paragraph.

9. Prior to May 25, 2023, Aon communicated to Lighthouse a desire to use Lighthouse's data.

10. On or about May 25, 2023, Lighthouse and Aon entered into a License Agreement.

11. In the License Agreement, Lighthouse agreed to provide Aon a license to use certain of Lighthouse's data, in exchange for, among other things, Aon's agreement to pay certain sums.

12. The sums Aon agreed to pay to Lighthouse exceed $75,000.

13. Lighthouse provided the licensed data to Aon.

14. Lighthouse sent an invoice to Aon.

15. Aon failed to pay when due the sums it owes to Lighthouse under the License Agreement.

16. After sending the invoice, Lighthouse again requested Aon to pay the amount due and made other good faith efforts to amicably resolve the matter.

17. Aon has not disputed that it owes Lighthouse the amount stated in the invoice.

18. Instead, Aon claims it lacks the budget to pay Lighthouse.

19. The License Agreement is a valid and enforceable contract.

20. Lighthouse has fully performed its obligations under the License Agreement.

21. Lighthouse has satisfied all conditions precedent under the License Agreement.

22. Aon has breached the License Agreement by failing to pay when due sums Aon owes Lighthouse.

23. Aon's breach has damaged Lighthouse by depriving Lighthouse of sums to which it is entitled.

WHEREFORE, Plaintiff Lighthouse IP B.V. prays that this Court enter an order and judgment in favor of Plaintiff Lighthouse IP B.V. and against Defendant Aon Service Corporation, awarding Plaintiff Lighthouse IP B.V. the following:

a. monetary damages in an amount to be determined at trial or upon grant of summary judgment to Plaintiff;
b. pre-judgment interest;
c. costs of suit;
d. such other and further relief as the Court deems is necessary or appropriate.

Respectfully submitted,

PLAINTIFF LIGHTHOUSE IP B.V.

By: /s/*Leonard E. Hudson*
One of its attorneys

Shawn M. Collins
Leonard E. Hudson
The Collins Law Firm P.C.
1770 Park Street, Suite 200
Naperville, IL 60563
T: 630-527-1595
shawn@collinslaw.com
lhudson@collinslaw.com
*Counsel for Plaintiff*
